# United States District Court
for the
Southern District of Indiana

| | | |
|---|---|---|
| EBONI WALLACE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Cause No: 1:21-cv-2470 |
| | ) | |
| | ) | |
| TWG MANAGEMENT, LLC, | ) | |
| | ) | |
| *Defendants.* | ) | |

**SUMMONS IN A CIVIL ACTION**

TO: TWG MANAGEMENT, LLC
c/o CT Corporation System as Registered Agent
334 North Senate Avenue
Indianapolis, IN 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) ⊂ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⊂ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald E. Weldy
Weldy Law
11268 Governors Lane
Fishers, IN 46037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                      *Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____   _____
                                        *Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.