IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EBONI WALLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CAUSE NO. 1:21-cv-2470-TWP-TAB |
| TWG MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Eboni Wallace, has filed a Stipulation of Dismissal seeking dismissal of this matter with prejudice pursuant to FRCP 41(a)(1)(A)(i). The Court has examined the Stipulation and now finds that the matter should be dismissed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

So ORDERED

Date: 1/12/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to ECF counsel of record.